**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERARDO LUGO,<br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC,<br>Defendant. | 5:26-cv-03804-DSF-SPx<br><br>Order DENYING Motion to Remand (Dkt. 11) |

Plaintiff Gerardo Lugo has moved to remand this case to state court. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15.

Defendant removed this case based on diversity jurisdiction. Plaintiff argues that Defendant has not established that the amount in controversy exceeds $75,000. However, Plaintiff does not contest Defendant's assessment that the actual damages at issue total $73,992.32. In addition to these damages, Plaintiff seeks a civil penalty up to twice its actual damages plus attorney's fees. Given this, it is readily apparent that the amount in controversy exceeds $75,000.

The motion to remand is DENIED.

IT IS SO ORDERED.

Date: September 17, 2026

Dale S. Fischer

Dale S. Fischer
United States District Judge